**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV 05-2719 PHX NVW |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Larkin Family Partnership, et al., | ) ) | |
| Defendants. | ) ) ) | |

By Order entered September 14, 2005 (doc. #5), the court directed plaintiff to initiate a joint telephone call concerning scheduling of hearing on plaintiff's Application for Preliminary Injunction (doc. #3), if plaintiff wished to have a hearing on the application. No such telephone conference has been initiated, and no return of service or responsive pleading has been filed. The court will therefore deny the Application for Preliminary Injunction (doc. #3) without prejudice to re-urging the motion at such time as the plaintiff may conclude that a preliminary injunction is necessary and when the plaintiff is prepared to comply with the September 14, 2005 Order (doc. #5).

IT IS THEREFORE ORDERED that plaintiff's Application for Preliminary Injunction (doc. #3) is denied without prejudice to re-urging the motion at such time in the future that plaintiff is prepared to comply with the court's Order of September 14, 2005 (doc. #5).

DATED this 3rd day of November, 2005.

_____
Neil V. Wake
United States District Judge